UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

EDWARD GARDNER and

KENROY GLADDEN,

        Defendants.

NOTICE OF APPEARANCE AND REQUEST
FOR ELECTRONIC NOTIFICATION

07 Cr. 1229 (JSR)

TO: Clerk of Court
      United States District Court
      Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                          Respectfully submitted,

                          MICHAEL J. GARCIA
                          United States Attorney for the
                          Southern District of New York

By:    /s/ Nola B. Heller
        Nola B. Heller
        Assistant United States Attorney
        (212) 637-2631
        Nola.Heller@usdoj.gov